**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: November 19, 2026

| | | |
|---|---|---|
| DAVID SAAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02319-JD |
| | ) | |
| WARDEN DIAMONDBACK CORRECTIONAL FACILITY, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ENTER ORDER:**

Before the Court is Petitioner's Motion for Leave to File Reply Out of Time ("Motion") [Doc. No. 10]. Upon review and consideration, the Court grants the Motion and directs the Clerk of Court to file the attached reply [Doc. No. 10-1].

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: *\/s/Carol Ditta*
Deputy Clerk